(June 5, 1997)

■ In the Matter of THEONE McR., an Infant. WILBUR McR., Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent. [657 NYS2d 707] —Order, Family Court, New York County (Leah Marks, J.), entered on or about September 16, 1996, which, after a hearing, extended placement of the subject child in foster care for one year, unanimously affirmed, without costs. The extension of placement was warranted by appellant's undisputed refusal to accept a referral for counseling concerning the behavior that resulted in the underlying finding of abuse (*see, Matter of Tanya M.*, 207 AD2d 656; *Matter of Chauncey W.*, 185 AD2d 675). Concur—Murphy, P. J., Milonas, Rosenberger, Wallach and Andrias, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN TURNER, Appellant. [658 NYS2d 867] —Judgment, Supreme Court, Bronx County (John Moore, J.), rendered on or about November 3, 1995, unanimously affirmed. We find, on the record, that the court did consider youthful offender status for defendant and in the circumstance properly denied defendant such relief. No opinion. Concur—Murphy, P. J., Milonas, Rosenberger, Wallach and Andrias, JJ.